THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANDREW C. SMALL, Appellant. [849 NYS2d 855]—

Appeal from a judgment of the Monroe County Court (John R. Schwartz, A.J.), rendered September 13, 2004. The judgment convicted defendant, upon a jury verdict, of criminal sale of a controlled substance in the third degree and unlawful possession of marihuana.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon a jury verdict of criminal sale of a controlled substance in the third degree (Penal Law § 220.39 [1]) and unlawful possession of marihuana (§ 221.05). County Court properly permitted the People to present *Molineux* evidence to rebut defendant's agency defense (*see People v Ortiz*, 259 AD2d 979, 980 [1999], *lv denied* 93 NY2d 1024 [1999]). Contrary to the contention of defendant, he was not entitled to notice of the People's intention to present such evidence or to a pretrial hearing on the admissibility of such evidence (*see People v Torres*, 300 AD2d 46 [2002], *lv denied* 99 NY2d 633 [2003]). Although we agree with defendant that the court erred in admitting in evidence a laboratory report relating to a prior conviction inasmuch as the People failed to establish a proper foundation for the admission of that report (*see Matter of Samuel A.*, 63 AD2d 585 [1978]), we conclude that the error is harmless (*see People v Crimmins*, 36 NY2d 230, 241-242 [1975]). Defendant failed to preserve for our review his further contention that the admission of the laboratory report in evidence violated his constitutional right to confront witnesses against him (*see* CPL 470.05 [2]), and we decline to exercise our power to review that contention as a matter of discretion in the interest of justice (*see* CPL 470.15 [6] [a]). Finally, the sentence is not unduly harsh or severe. Present—Scudder, P.J., Hurlbutt, Lunn, Green and Gorski, JJ.